IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

JOSE ANTONIO GURROLA          §

VS.                          §          CIVIL ACTION NO. 1:13-CV-388

SCHUYLER LEVIAS, ET AL.       §

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORTS AND RECOMMENDATIONS

Plaintiff Jose Antonio Gurrola, a prisoner confined at the Stiles Unit of the Texas Department

of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*,

filed this civil rights action pursuant to 42 U.S.C. § 1983 against Schuyler Levias, Rockella Neal,

Officer Collins, Dr. Bean, and Kevin Bowles.

The court ordered that this matter be referred to the Honorable Keith Giblin, United States

Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of

this court. The Magistrate Judge recommends dismissing the claims against defendants Collins and

Bean for want of prosecution. The Magistrate Judge also recommends granting the motions for

summary judgment filed by defendants Levias, Neal, and Bowles.

The court has received and considered the Reports and Recommendations of United States

Magistrate Judge filed pursuant to such order, along with the record and pleadings. No objections

to the Reports and Recommendations of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct,

and the reports of the Magistrate Judge (document nos. 41 and 77) are **ADOPTED**. Defendants'

motions for summary judgment (document nos. 54 and 67) are **GRANTED**.  A final judgment will

be entered in accordance with this order.


**So Ordered and Signed**

**Jul 16, 2016**

_____

Ron Clark, United States District Judge